**FILED**

MAR 0 4 2015

Clerk, U.S. District Court
District Of Montana
Helena

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | | |
|---|---|---|
| CY MARTIN and ERIK LARSEN, | ) | Cause No. 14-42-BU-SEH |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **CONSENT JUDGMENT** |
| | ) | |
| DRUMLUMMON GOLD CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1.      The Rule 68 offers and acceptances as described in the Stipulation and Request for Entry of Consent Judgment are approved and each Plaintiff shall receive Judgment as described in his individual offer.

2.      Defendant shall: (1) pay Cy Martin $22,163.01; (2) pay Erik Larsen $5,430.56; and (3) reimburse Plaintiffs' counsel for expert costs for Galusha, Higgins and Galusha in the amount of $869.25.

1

3.     Plaintiffs shall be responsible for payment of their own attorney fees

and costs, with the exception of the aforesaid expert's fees.

DATED this _4th_ day of _March_ 2015.


SAM E. HADDON
United States District Judge

2