

**FILED**

MAR 0 4 2015

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

CY MARTIN and ERIK LARSEN,

        Plaintiffs,

vs.

DRUMLUMMON GOLD CORP.,

        Defendant.

No. CV 14-42-BU-SEH

**ORDER**

On February 25, 2015, the parties informed the Court by stipulation of the terms and conditions of Plaintiffs' acceptance[1] of Defendant's Rule 68 offer of judgment[2] and requested to stay the proceedings.[3]

ORDERED:

---

[1] Docs. 14-1 and 14-2.

[2] Doc. 12.

[3] Doc. 13.

1.    Defendant's request to stay the proceedings is DENIED as moot.

2.    Upon review, the Court has determined the terms and conditions of

the offers of judgment and the acceptances thereof are fair and reasonable and are

hereby approved.

3.    Consent judgments consistent with the offer and acceptances will be

entered.

4.    All pending deadlines established by the Court's order of December

29, 2014, are vacated.

DATED this $\cancel{\phantom{4}}$ day of March, 2015.

SAM E. HADDON

United States District Judge