FREDERICK F. SHERWOOD
MORRISON, SHERWOOD, WILSON & DEOLA, P.L.L.P.
401 North Last Chance Gulch
Helena, MT  59601
 (406) 442-3261
rick@mswdlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| CY MARTIN and ERIK LARSEN,<br><br>　　　Plaintiffs,<br>  -vs-<br><br> DRUMLUMMON GOLD CORP.,<br><br>　　　Defendant. | No. CV-14-42-SEH<br><br>**NOTICE OF SATISFACTION OF JUDGMENT** |
|---|---|

Come now Plaintiffs and by and through their attorneys acknowledge that the Consent Judgments entered in this matter have been fully satisfied.

DATED this 17th day of March, 2015.

　　　MORRISON, SHERWOOD, WILSON & DEOLA, P.L.L.P.

　　BY:　/s/ Frederick F. Sherwood
　　　　　Frederick F. Sherwood
　　　　　Attorneys for Plaintiffs